PHILLIP A. TALBERT
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
JUN 30 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By S. MARTIN-GILL
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

OTONIEL TORRES-CARDENAS,

  Defendant.

CASE NO. 1:16 CR 0 0 0 0 9 4 LJO SKO

VIOLATIONS: 21 U.S.C. §§ 963, 960(a)(1) and (b)(1)(A), 952, and 18 U.S.C. § 2 – Conspiracy to Import Heroin Into The United States And Aiding And Abetting; 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2 – Conspiracy to Distribute Heroin, Aiding and Abetting; 21 U.S.C. § 841(A)(1), 18 U.S.C. § 2 – Distribution of Heroin, Aiding and Abetting (Two Counts); 21 U.S.C. § 853 - Forfeiture

I hereby attest and certify on 6/30/16 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
MARIANNE MATHERLY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy
S. MARTIN-GILL

<u>I N D I C T M E N T</u>

Indictment

1

1
2
3
4
5
6
7
8  COUNT TWO: [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), , and 18 U.S.C. § 2 – Conspiracy to
9              Distribute a Controlled Substance, Aiding and Abetting]
10     The Grand Jury further charges: T H A T
11
12
13
                    OTONIEL TORRES-CARDENAS,
14
15
16
   defendants herein, beginning at a time unknown to the Grand Jury, but no later than on or about June 22,
17
   2015, and continuing to no later than on or about February 24, 2016, both dates being approximate and
18
   inclusive, in the Counties of Stanislaus and San Joaquin, State and Eastern District of California, and
19
   elsewhere, did knowingly and intentionally agree with other individuals known and unknown to the
20
   Grand Jury, and aid and abet the agreement of other individuals, to distribute a controlled substance, in
21
   violation of Title 21, United States Code, Sections 841(a)(1) and Title 18 United States Code, Section 2.
22
23
24
25
26 COUNT THREE: [21 U.S.C. § 841(a)(1) and 841(b)(1)(A), 18 U.S.C. § 2 – Distribution of a
              Controlled Substance, Aiding and Abetting]
27
28     The Grand Jury further charges: T H A T

Indictment                                 2

OTONIEL TORRES-CARDENAS, and ███████

defendants herein, on or about September 16, 2015, in the County of Stanislaus and San Joaquin, State and Eastern District of California, did knowingly and intentionally distribute, and aid and abet the distribution of a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18 United States Code, Section 2.

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) - Criminal Forfeiture]

The Grand Jury further alleges: T H A T

1. The allegations contained above are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Sections 853(a).

Indictment 3

2. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

3. If such property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 853(a) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

By **KIRK E. SHERRIFF**
_____
KIRK E. SHERRIFF
Assistant U.S. Attorney
Chief, Fresno Office

Indictment 4